decisive in determining the establishment of a way by prescription where at the particular point in question the use has been continuous.

3. ROADS AND BRIDGES, § 11*—*when public highway is established by prescription.* Before a public highway is established by prescription, its public use must be shown to have been adverse, uninterrupted, exclusive, continuous and under claim of right.

4. ROADS AND BRIDGES, § 23*—*when evidence is sufficient to show user of highway to be adverse, uninterrupted, exclusive, continuous and under claim of right.* Evidence *held* sufficient to show that the permissive use for over fifteen years of a way over private land for the purpose of frequently hauling gravel from a gravel pit and for access to two farms at a point where a gate had been erected had been adverse, uninterrupted, exclusive, continuous and under a claim of right, even though the use of other portions of the way had not been continuous and the road had been shifted from point to point.

---

## Louis Lowenthal, Plaintiff in Error, v. Teresa Williams, Defendant in Error.

### Gen. No. 23,003.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Action in replevin by Louis Lowenthal, plaintiff, against Teresa Williams, defendant. From a judgment for defendant, plaintiff brings error.

SHULMAN & SHULMAN and MEYER ABRAMS, for plaintiff in error.

MILES J. DEVINE, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 31*—*when judgment affirmed.* In the absence of a bill of exceptions preserving the questions relied upon for a reversal, a judgment of the Municipal Court of Chicago must be affirmed.

---

### Paul I. Muschelewicz, Defendant in Error, v. Paul M. Kamradt et al., Plaintiffs in Error.

### Gen. No. 23,029.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. DANIEL W. MADDOX, Judge, presiding. Heard in this court at the March term, 1917. Reversed and remanded. Opinion filed July 2, 1917.

### Statement of the Case.

Petition for writ of mandamus by Paul I. Muschelewicz, petitioner, against Paul M. Kamradt, the City of West Hammond, its city clerk and board of local improvements, to compel the issue of vouchers to petitioner against the first instalment of certain special assessment funds for services in spreading assessments. From an order granting a peremptory writ of mandamus, defendants bring error.

SHEPARD, McCORMICK, THOMASON, KIRKLAND & PATTERSON, for plaintiffs in error; PERRY S. PATTERSON, of counsel.

SAMUEL K. MARKMAN, for defendant in error.

MR. JUSTICE DEVER delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.